**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                            CASE NO.: 18-10303-EPK
                                                                  Chapter 13

FLORANCE GENE THOMPSON,

    Debtor.
_____/

**DEBTOR FLORANCE GENE THOMPSON'S OBJECTION TO
CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #7)**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claims filed in this case and on the grounds set forth therein. Accordingly, the claims should be stricken and disallowed.

| Name of Claimant | Claim Amount | Claim Number | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| Michigan Department of Treasury | $1,293.30 | 7 | Claim has been satisfied and no tax is due to the Michigan Department of Treasury. Claim shall be stricken. |

WHEREFORE, the Debtors respectfully request this Court enter an order sustaining this Objection, disallowing the Claims listed above, and granting such other and further relief as may be just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U.S. Mail to the parties listed on the attached mail list this 6th day of June 2019.

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for the Debtor
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773

By: /s/ Dana Kaplan, Esq.
    Dana Kaplan, ESQUIRE
    Florida Bar 44315

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elizabeth W Eckhart**   eeckhart@logs.com, electronicbankruptcynotices@logs.com

- **Dana L Kaplan**     dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Robin R Weiner**     ecf@ch13weiner.com;ecf2@ch13weiner.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Michigan Department of Treasury**
**P.O. Box 30168**
**Lansing, MI 48909**