UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH

In Re:                                                    Case No. 18-10303-EPK

FLORANCE GENE THOMPSON,                    Chapter 13

            Debtor(s).                                    Honorable Erik P. Kimball

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                     Dana L. Kaplan
     US Bankruptcy Court                     1665 Palm Beach Lakes Blvd #1000
     701 Clematis St, Rm 202                 West Palm Beach,   FL  33401
     West Palm Beach, FL  33401

     PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General,
and  Moe Freedman, Assistant Attorney General, as attorneys for
the State of Michigan, Department of Treasury, in the above-entitled cause; this
appearance is entered as required by FR Bankr P 9010(b) and does not
constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all
notices required to be mailed to all creditors be served on the undersigned.

                                        DANA NESSEL
                                        Attorney General

                                        /s/  Moe Freedman
                                        Moe Freedman   (P74224)
                                        Assistant Attorney General
                                        Cadillac Place, Ste. 10-200
                                        3030 W. Grand Blvd.
                                        Detroit, MI  48202
                                        Telephone:  (313) 456-0140
                                        E-Mail:  FreedmanM1@michigan.gov

Dated:  June 19, 2019