**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                               CASE NO.: 18-10303-EPK
                                                                      Chapter 13

FLORANCE GENE THOMPSON,

    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM OF MICHIGAN**
**DEPARTMENT OF TREASURY (CLAIM #7)**

Debtor, FLORANCE GENE THOMPSON, by and through her undersigned counsel hereby withdraws the Objection to Claim of Michigan Department of Treasury (Claim #7) (C.P. #37).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 2nd day of August 2019.

                                            KELLEY, FULTON & KAPLAN, P.L.
                                            Attorney for Debtor
                                            1665 Palm Beach Lakes Blvd
                                            The Forum – Suite 1000
                                            West Palm Beach, FL 33401
                                            Tel. No.: 561-491-1200
                                            Fax No.: 561-684-3773

                                            By:   */s/ Dana Kaplan*
                                                 Dana Kaplan, Esquire.
                                                 Florida Bar No.: 44315

**Mailing Information for Case 18-10303-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elizabeth W Eckhart**    eeckhart@logs.com, electronicbankruptcynotices@logs.com
- **Moe Freedman**    freedmanm1@michigan.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Robin R Weiner**    ecf@ch13weiner.com;ecf2@ch13weiner.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Synchrony Bank**
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

**Michigan Department of Treasury**
P.O. Box 30168
Lansing, MI 48909

**Florance Gene Thompson**
4670 N. Congress Avenue, Apt. 101
West Palm Beach, FL 33407