UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  18-10303-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

FLORANCE GENE THOMPSON
XXX-XX-5046

DEBTOR_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 8 |
| **Claimant:** | State of Michigan Department of Treasury |
| **Reason:** | The Proof of Claim is a duplicate of a previously filed Proof of Claim. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this  6th day of August, 2019.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**Page 1 of 2**

**COPIES FURNISHED TO:**

**DEBTOR**
FLORANCE GENE THOMPSON
4670 N. CONGRESS AVENUE, APT. 101
WEST PALM BEACH, FL  33407

**ATTORNEY FOR DEBTOR**
DANA KAPLAN, ESQUIRE
KELLY & FULTON, PL
1665 PALM BEACH LAKES BLVD., SUITE 1000
WEST PALM BEACH, FL  33401

**CREDITOR**
State of Michigan Department of Treasury
POB 30456
Lansing,  MI  48909-7955

**ADDITIONAL CREDITORS**
MICHIGAN DEPARTMENT OF TREASURY
3030 S GRAND BLVD  STE 10-200
DETROIT, MI  48202