

**ORDERED in the Southern District of Florida on September 13, 2019.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.: 18-10303-BKC-EPK**
PROCEEDING UNDER CHAPTER 13

IN RE:

FLORANCE GENE THOMPSON
XXX-XX-5046

DEBTOR_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on the September 9, 2019 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of STATE OF MICHIGAN DEPARTMENT OF TREASURY, and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 8, filed by STATE OF MICHIGAN DEPARTMENT OF TREASURY is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  18-10303-BKC-EPK

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
FLORANCE GENE THOMPSON
4670 N. CONGRESS AVENUE, APT. 101
WEST PALM BEACH, FL  33407

**ATTORNEY FOR DEBTOR**
DANA KAPLAN, ESQUIRE
KELLY & FULTON, PL
1665 PALM BEACH LAKES BLVD., SUITE 1000
WEST PALM BEACH, FL  33401

**CREDITOR**
STATE OF MICHIGAN DEPARTMENT OF TREASURY
POB 30456
LANSING, MI  48909-7955

**ADDITIONAL CREDITORS**
MICHIGAN DEPARTMENT OF TREASURY
3030 S GRAND BLVD  STE 10-200
DETROIT, MI  48202

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.